**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION**

| | |
|---|---|
| KATRINA HUTCHINSON, on behalf of herself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GENERAL MOTORS LLC,<br><br>　　　　　Defendant. | **Case No: 8:19-cv-01551-PWG** |

**NOTICE OF FILING AMENDED CLASS ACTION COMPLAINT**

　　　PLEASE TAKE NOTICE that Plaintiff Katrina Hutchinson has today filed her Amended Class Action Complaint pursuant to Federal Rule of Civil Procedure 15.

DATED: September 21, 2020　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Nicholas A. Migliaccio
　　　　　　　　　　　　　　　　　　　　Nicholas A. Migliaccio
　　　　　　　　　　　　　　　　　　　　Jason S. Rathod
　　　　　　　　　　　　　　　　　　　　**MIGLIACCIO & RATHOD LLP**
　　　　　　　　　　　　　　　　　　　　412 H Street N.E., Ste. 302
　　　　　　　　　　　　　　　　　　　　Washington, DC 20002
　　　　　　　　　　　　　　　　　　　　Tel:　(202) 470-3520
　　　　　　　　　　　　　　　　　　　　Email: nmigliaccio@classlawdc.com
　　　　　　　　　　　　　　　　　　　　　　　　jrathod@classlawdc.com

　　　　　　　　　　　　　　　　　　　　Daniel Levin (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　Nicholas Elia *
　　　　　　　　　　　　　　　　　　　　**LEVIN SEDRAN & BERMAN**
　　　　　　　　　　　　　　　　　　　　510 Walnut Street, Suite 500
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA   19106
　　　　　　　　　　　　　　　　　　　　Tel:　(215) 592-1500
　　　　　　　　　　　　　　　　　　　　Email: DLevin@lfsblaw.com

1

Nelia@lfsblaw.com

*\* pro hac vice* admission to be sought

*Attorneys for the Plaintiff and Putative Class*