# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| KATRINA HUTCHINSON, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GENERAL MOTORS LLC,<br><br>Defendant. | Case No. 8:19-cv-01551-PWG |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Katrina Hutchinson ("Plaintiff") and Defendant General Motors LLC ("GM"), by and through their undersigned counsel, hereby stipulate and agree that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff's claims against GM are hereby dismissed with prejudice. Each party shall bear its own costs and attorneys' fees, except as may otherwise be agreed by the parties.

**SO STIPULATED.**

DATED: January 5, 2022

/s/ *Nicholas A. Migliaccio*
Nicholas A. Migliaccio
(Maryland Federal Bar No. 29077)
Jason S. Rathod
(Maryland Federal Bar No. 18424)
MIGLIACCIO & RATHOD LLP
412 H Street NE
Washington, DC 20002
T: 202.470.3520
F: 202.800.2730
nmigliaccio@classlawdc.com
jrathod@classlawdc.com

Respectfully submitted,

/s/ *Stephen B. Devereaux*
Stephen B. Devereaux (admitted *pro hac vice*)
Susan M. Clare (admitted *pro hac vice*)
Adam Reinke (admitted *pro hac vice*)
KING & SPALDING LLP
1180 Peachtree Street, N.E.
Atlanta, GA 30309
T: 404.572.4600
F: 404.572.5100
sdevereaux@kslaw.com
sclare@kslaw.com
areinke@kslaw.com

Daniel C. Levin  *Counsel for Defendant General Motors LLC*
LEVIN SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
T: 215.592.1500
F: 215.592.4663
dlevin@lfsb.com

*Counsel for Plaintiff Katrina Hutchinson*

## CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2022, a copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all registered users.

/s/ *Nicholas A. Migliaccio*
Nicholas A. Migliaccio

*Counsel for Plaintiff Katrina Hutchinson*